# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:21-CV-127 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| VELSTAR, INC., ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 26, 2022, the report of the Magistrate Judge (Dkt. #37) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's Motions to Transfer Venue be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Craig Cunningham's Motions to Transfer Venue (Dkts. #19; 35) are **GRANTED.**

It is further **ORDERED** that Plaintiff's claims be transferred to the Middle District of Florida.

**IT IS SO ORDERED.**

**SIGNED this 16th day of February, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE